UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JANELLE RIDGEWAY,

    Plaintiff,

  v.                                     Case No. 1:23-cv-124
                                          JUDGE DOUGLAS R. COLE

FIRST FINANCIAL BANK,

    Defendant.

## ORDER

The Court has been advised that this action has settled. The Court therefore **DISMISSES** this action **WITH PREJUDICE**, but provides that any party may, within **60 days** and upon good cause shown, move to reopen the action if the settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    SO ORDERED.

April 19, 2024
**DATE**
                                                    DOUGLAS R. COLE
                                                    UNITED STATES DISTRICT JUDGE